```
                       UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA
                              RENO, NEVADA
```

ALEJANDRO HERRERA                         )    3:11-cv-0026-ECR-VPC
                                          )
    Plaintiff,                            )    ORDER
                                          )
vs.                                       )
                                          )
MICHAEL POEHLMAN, et al.,                 )
                                          )
    Defendants.                           )
_____)


    On April 15, 2011, the Magistrate Judge filed a Report and Recommendation (#5). No objections were timely filed to the Report and Recommendation.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#5) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS ORDERED** that the filing fee shall be paid pursuant to 28 U.S.C § 1915 as amended by the Prisoner Litigation Reform Act of 1996.

    **IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act, the Nevada Department of Corrections shall pay the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (in months that the account exceeds $10.00), until the full $350.00 has been paid for this action. The Clerk shall send a copy of this Order to Albert G. Peralta, Chief of Inmate Services, Nevada Department of Prisons, P.O. Box 7011, Carson City, NV 89702.

    **IT IS FURTHER ORDERED** that the Clerk shall file the complaint (#1-1).

    **IT IS FURTHER ORDERED** that the claims in Plaintiff's complaint (#1-1) are permitted to proceed:
    (1) Fourth Amendment illegal search against Defendant Daniels; and
    (2) Fourth Amendment excessive force against Defendant Daniels and Defendant John Doe #1, #2, #3, #4, #5, and #6.

    **IT IS FURTHER ORDERED** that the claims in Plaintiff's complaint (#1-1) are **DISMISSED WITHOUT PREJUDICE** and **WITH LEAVE TO AMEND** according to the guidance provided in the Report and Recommendation:

    (1)    Fourth Amendment illegal arrest.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (#1-1) be DISMISSED WITH PREJUDICE for the reasons articulated in the Report and Recommendation.

    (1) Official capacity suits against all defendants; and
    (2) Supervisory liability against Defendants Poehlman and Pitts.

**IT IS FURTHER ORDERED** that in accordance with the Report and Recommendation, Defendants Pohlman and Pitts be DISMISSED from this action.

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointment of counsel (#3) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff shall have until August 22, 2011 to file an amended complaint.

DATED this 25th day of July 2011.

_____
EDWARD C. REED
UNITED STATES DISTRICT JUDGE